IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff/Respondent, : | |
| : | Case No. 3:00CR092(10) |
| : | 3:03CV436 |
| vs. | |
| : | District Judge Walter Herbert Rice |
| AZMI R. HAKIM, | Magistrate Judge Sharon L. Ovington |
| : | |
| Defendant/Petitioner. : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON MARCH 20, 2006 (Doc. #968); GRANTING PETITIONER'S MOTIONS TO WITHDRAW PENDING MOTION TO VACATE (Doc. #s 966, 967); DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE (Doc. #864); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #968), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 20, 2006 (Doc. #968) is ADOPTED in full;

2. Petitioner's Motions to Withdraw Pending Motion to Vacate (Doc. #s 966, 967) are GRANTED;

3.     Petitioner's Motion to Vacate, Set Aside or Correction Sentence (Doc. #864) is DENIED; and

4.     This case is terminated on the docket of this Court.

 

_____
Walter Herbert Rice
United States District Judge